# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PHILLIP FRANCIS VANERMINE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4203

_____

December 15, 2023

Appeal from the Circuit Court for Hillsborough County; Christopher C. Sabella, Judge.

Howard L. Dimmig, II, Public Defender, and Christopher Desrochers, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.